NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KEVIN EVANS,**
*Petitioner*

**v.**

**OFFICE OF COMPLIANCE,**
*Respondent*

———————————

2016-1444

———————————

Petition for review of a decision of the Board of Directors of the Office of Compliance in Nos. 13-CP-23, 13-CP-61, 14-CP-18.

———————————

**JUDGMENT**

———————————

CHARLES ELLIOT WAGNER, Silver Spring, MD, argued for petitioner.

JOHN UELMEN, Office of the General Counsel, Office of Compliance, Washington, DC, argued for respondent. Also represented by HILLARY BENSON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 14, 2016 | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |